UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02045-CV-AJR                    Date: April 16, 2026

Title:    *Ryan Jewel Canady v. Equifax Information Services, LLC*

Present:  <u>The Honorable CYNTHIA VALENZUELA, U.S. District Judge</u>

| Jessica Cortes | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DISMISSING CASE FOR FAILING TO COMPLY WITH COURT ORDERS AND PROSECUTE ACTION

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On March 3, 2026, the previously assigned District Judge postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because he failed to properly identify his sources of income and explain how he met $4,862 in monthly expenses. Dkts. 4, 8. Plaintiff was directed to refile a fully completed Request or pay the filing fee. Dkt. 8. He was also directed to file an amended complaint addressing several deficiencies. *Id*. Plaintiff was warned that if he did not comply within 30 days the case would be dismissed without prejudice. *Id*.

To date, Plaintiff has not responded to the prior order. Accordingly, this action is **DISMISSED** without prejudice. *See Link v. Wabash R.R. Co*., 370 U.S.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02045-CV-AJR                          Date: April 16, 2026

Title:      *Ryan Jewel Canady v. Equifax Information Services, LLC*

626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Jeffrey H. v. Comm'r, Soc. Sec. Admin.*, 2019 WL 2870082, at *2 (D. Or. July 3, 2019) (dismissing for failing to prosecute and comply with court orders where plaintiff failed to follow scheduling rules and had taken no action in response to order); *Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

All other pending matters are **TERMINATED**.

**IT IS SO ORDERED.**